# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Chambers of
**STEVEN C. MANNION**
United States Magistrate Judge

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 645-3827

October 4, 2017

**LETTER ORDER/OPINION**

Re:  D.E. 48, Plaintiff's Motion to "Place Case on the Inactive List"
 Shirin Stallings v. Mary Cruz, et al.
 **Civil Action No. 2:15-cv-07488 (MCA)(SCM)**

Dear Litigants:

This matter comes before the Court by way of *pro se* Plaintiff Shirin Stallings' ("Ms. Stalling") request that this matter be stayed and administratively terminated.[1] Ms. Stallings has requested that the matter be reinstated on December 8, 2017.[2] Defendants Maria Mercado and Mary Cruz consent to Ms. Stallings' request, Defendant Adedato Oladapo does not.[3]

The Court finds that the interests of justice and judicial efficiency are best served by staying and administratively terminating this case along with any pending motions.[4] This termination does not constitute a dismissal under Federal Rules of Civil Procedure 41 and does not bear any consequences for the statute of limitations. Ms. Stallings shall file a letter requesting to restore this

---

[1] (ECF Docket Entry ("D.E.") 48).

[2] *Id.*

[3] (D.E. 50).

[4] (D.E. 48, 49).

matter to the active list by December 20, 2017. If the case is restored to the active list, Defendant Oladapo may request her Motion to Dismiss be restored as well.[5] Absent a request to restore this matter within the time allowed, the Court shall dismiss this action, without further notice, with prejudice, and without costs.

The Clerk of the Court shall forward a copy of this Order to Plaintiff Stallings.

**IT IS SO ORDERED.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

10/4/2017 5:43:15 PM

Original: Clerk of the Court
Hon. Madeline Cox Arleo, U.S.D.J.
cc: All parties

    File
c (via U.S. Mail):

Ms. Shirin Nanette Stallings
# 258637C
Edna Mahan Correctional Facility for Women
P.O. Box 4004    S2S
Clinton, NJ  08809

---

[5] D.E. 49.